## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QUANTUM FOODS, LLC, *et al.*,[1] | ) | Case No. 14-10318 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF QUANTUM | ) | |
| FOODS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. No. 15-50893 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| VICTORY PACKAGING, L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |

### STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

The Official Committee of Unsecured Creditors of Quantum Foods, LLC, *et al.* (the "*Plaintiff*"), and Victory Packaging, L.P. (the "*Defendant*") hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as adopted by Rule 7041 of the Federal Rules of Bankruptcy Procedure, that the above-captioned adversary proceeding shall be dismissed with prejudice, that each party shall bear its own costs. The parties consent to and authorize the filing of this stipulation on the Court's docket, and agree that such signatures shall be effective as original signatures for all purposes.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512).  The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

Dated:  March 10, 2016

CROSS & SIMON, LLC

THOMPSON & KNIGHT LLP

/s/ Kevin S. Mann
Michael J. Joyce (No. 4563)
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
mjoyce@crosslaw.com
kmann@crosslaw.com

By:   /s/ Jennifer A. Christian
      Jennifer A. Christian, Esq.
      900 Third Avenue, 20th Floor
      New York, NY 10022
      (212) 751-3091
      jennifer.christian@tklaw.com

*Counsel for Victory Packaging, L.P.*

*Delaware Counsel to the Official
Committee of Unsecured Creditors*

-and-

Devon J. Eggert (IL 6289425)
Elizabeth L. Janczak (IL 6302864)
FREEBORN & PETERS LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile:  312.360.6520
deggert@freeborn.com
ejanczak@freeborn.com

*Special Litigation Counsel to the Official
Committee of Unsecured Creditors*